IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC CRANE SERVICE HAWAII LLC, a Hawaii Limited Liability Company, <br><br> Defendant. | CV 23-00098 LEK-RT |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 01, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Pacific Crane Service Hawaii LLC", ECF No. 29, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII,  May 17, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge