# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUND, et al. | DEFAULT JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: CV 23-00098 LEK-RT |
| V. | |
| PACIFIC CRANE SERVICE HAWAII LLC, a Hawaii Limited Liability Company | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII May 17, 2024, 9:04 am Lucy H. Carrillo, Clerk of Court |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendant Pacific Crane Services Hawaii, LLC, pursuant to the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Pacific Crane Service Hawaii LLC", ECF No. 29, filed on May 1, 2024 and the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 31, filed May 17, 2024.

Plaintiffs are awarded total damages in the amount of $8,622.78 for unpaid contributions, $1,688.48 in liquidated damages, $1,211.38 in interest and $25,855.84 in attorneys' fees and costs for a total of $37,378.48.

Defendant Pacific Crane Service Hawaii LLC is ordered to: a.)  submit all outstanding and/or delinquent reports including, but not limited to Defendant's March 2022, and August 2022 through September 2023 reports currently outstanding, and payments in accordance with the Agreement;   b.) permit Plaintiffs to audit Defendant's payroll books and records in accordance with the *Agreement*;

and c.)  furnish to the trustees of each of Plaintiffs' seven (7) individual trust funds a surety bond or cash-in-escrow in the amount equal to Defendant's last three (3) months of contributions or $5,000.00, whichever is greater, in accordance with the *Agreement*.

| May 17, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |